No. 45, Misc.   WELLS *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   *Stephen W. Downey* for petitioner.

No. 46, Misc.   WIETECHA *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 52, Misc.   BRENNAN *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 53, Misc.   BOOKER *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 54, Misc.   HUNTER ET AL. *v.* MADISON AVENUE CORP.   C. A. 6th Cir.   Certiorari denied.   *Wm. G. Cavett* for petitioner.   *F. E. Hagler* for respondent.

No. 55, Misc.   CASTOR *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.   *Maurice J. O'Sullivan* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondents.

No. 58, Misc.   FREELAND *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.   *Joseph Kadans* for petitioner.

No. 61, Misc.   McKEE *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, First Department.   Certiorari denied.

No. 62, Misc.   TUCKER *v.* ALVIS, WARDEN.   Second District Court of Appeals, Franklin County, Ohio.   Certiorari denied.